CT Corporation

# Service of Process Transmittal
11/29/2021
CT Log Number 540660503

**TO:**  Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:**  **Process Served in Illinois**

**FOR:**  Wal-Mart Stores, Inc.  (Former Name)  (Domestic State: DE)
WALMART INC. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: DAVIS TODD A. // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summonses, Attachment(s), Complaint, Affidavit |
| **COURT/AGENCY:** | Marion County Circuit Court, IL<br>Case # 2021L38 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 07/19/2021, in Salem, Marion County, Illinois |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/29/2021 at 04:35 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Shane M. Carnine<br>Hassakis & Hassakis, P.C.<br>P.O. Box 706<br>Mt. Vernon, IL 62864<br>618-244-5335 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/30/2021, Expected Purge Date: 12/05/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Mon, Nov 29, 2021

**Server Name:**                   Sheriff Drop

| Entity Served | Walmart Stores Inc |
|---|---|
| Case Number | 2021L38 |
| Jurisdiction | IL |



12-3-21.

## IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
## MARION COUNTY, ILLINOIS

TODD A. DAVIS,                          )
                                        )
      Plaintiff,                       )
                                        )                    FOREIGN
    v.                              )              2021L38
                                        )
WALMART STORES, INC.,                   )
A Delaware Corporation,                 )
                                        )
      Defendant.                       )

## SUMMONS

To each defendant:  Wal-Mart Stores, Inc., a Delaware Corporation,
by its Registered Agent, CT Corporation System,
208 So. LaSalle Street, Suite 814, Chicago, Illinois 60604

      You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

      E-filing is now mandatory for documents in civil cases with limited exemptions. To efile, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

      This summons may not be served later than 30 days after its date.

                        WITNESS November 5, 2021

(Seal of Court)

                         Tiffany Schricker
                         (Clerk of Court)

Plaintiff's Attorney(s):  Hassakis & Hassakis, P.C.
Name: Shane M. Carnine                    Date of Service: _____
Address:  P.O. Box 706
City:  Mt. Vernon, IL  62864              (To be inserted by officer on copy left
Telephone:  618-244-5335                  with defendant or other person.)

### PROCESS SERVER'S FEES

Service and return .............................................$_____

Miles_____................................ $_____

Total.................................................................. $_____

I certify that I have served this summons on defendants as follows:

(Check appropriate box, and complete information below)

☐ (a) (Individual defendants -- personal):
By leaving a copy and a copy of the complaint with each individual defendant personally.

☐ (b) (Individual defendants -- abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years and upwards, informing that person of the contents and also by sending a copy of the summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

☐ (c) (Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation.

☐ (d) (Other service):

Name of Defendant_____   Name of Defendant _____

Name of Person                           Name of Person
Summons given to_____     Summons given to_____

Sex_____ Race_____ Approximate age___   Sex_____ Race_____ Approximate age___

Place of Service_____        Place of Service_____
_____                        _____

Date of Service_____ Time_____   Date of Service _____ Time _____
Date of Mailing_____        Date of Mailing_____

By_____, Process Server



IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
MARION COUNTY, ILLINOIS

TODD A. DAVIS,                          )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )        2021L38
                                        )
WALMART STORES, INC.,                   )
A Delaware Corporation,                 )
                                        )
            Defendant.                  )

## SUMMONS

To each defendant:   Wal-Mart Stores, Inc., a Delaware Corporation,
                     by its Registered Agent, CT Corporation System,
                     208 So. LaSalle Street, Suite 814, Chicago, Illinois 60604

        You are summoned and required to file an answer to the complaint in this case, a copy of
which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court
within 30 days after service of this summons, not counting the day of service. If you fail to do so,
a judgment by default may be entered against you for the relief asked in the complaint.

        E-filing is now mandatory for documents in civil cases with limited exemptions. To efile,
you must first create an account with an e-filing service provider. Visit
https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.
If you need additional help or have trouble e-filing, visit
http://www.illinoiscourts.gov/FAQ/gethelp.asp.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service,
with indorsement of service and fees, if any, immediately after service. If service cannot be
made, this summons shall be returned so indorsed.

        This summons may not be served later than 30 days after its date.

                                    WITNESS  November 5, 2021

(Seal of Court)

                                    _____
                                              (Clerk of Court)

Plaintiff's Attorney(s):  Hassakis & Hassakis, P.C.
Name: Shane M. Carnine              Date of Service: _____
Address:  P.O. Box 706
City:  Mt. Vernon, IL  62864        (To be inserted by officer on copy left
Telephone: 618-244-5335              with defendant or other person.)

## PROCESS SERVER'S FEES

Service and return ...............................................$_____

Miles_____...............................$_____

Total.................................................................$_____

I certify that I have served this summons on defendants as follows:

(Check appropriate box, and complete information below)

☐ (a)  (Individual defendants -- personal):
By leaving a copy and a copy of the complaint with each individual defendant personally.

☐ (b)  (Individual defendants -- abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years and upwards, informing that person of the contents and also by sending a copy of the summons in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode.

☐ (c)  (Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation.

☐ (d)  (Other service):

Name of Defendant_____     Name of Defendant _____

Name of Person                                              Name of Person
Summons given to_____       Summons given to_____

Sex_____ Race_____ Approximate age___    Sex_____ Race_____ Approximate age___

Place of Service_____          Place of Service _____
_____                              _____

Date of Service_____ Time_____        Date of Service _____ Time _____
Date of Mailing_____            Date of Mailing_____

By_____, Process Server

‖‖‖‖‖‖ 0 3 5 7 0 5 3 2 ‖‖‖‖‖‖

**DIE DATE**
**12/03/2021**

DOC.TYPE:    LAW
CASE NUMBER:   2021L38
**DEFENDANT**
WALMART STORES INC
208 S LASALLE ST
CHICAGO, IL 60604
..814

**SERVICE INF**
RA CT CORF

**ATTACHED**

FILED
CLERK OF THE CIRCUIT COURT
11/5/2021 3:22 PM
Tiffany Schicker
MARION COUNTY
SALEM ILLINOIS

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
MARION COUNTY, ILLINOIS

TODD A. DAVIS,                          )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )        2021L38
                                        )
WALMART STORES, INC.,                   )
A Delaware Corporation,                 )
                                        )
                    Defendant.          )

## COMPLAINT

Now comes the Plaintiff, TODD A. DAVIS by his attorneys, HASSAKIS &

HASSAKIS, P.C., and for his cause of action against the Defendant, WALMART INC., a

Delaware Corporation, states as follows:

### COUNT I

### (Negligence –Todd A. Davis v. Walmart Inc.)

For his complaint against the Defendant, WALMART INC., a Delaware

Corporation, Plaintiff, TODD A. DAVIS states as follows:

1.      That at all times relevant hereto, Plaintiff, Todd A. Davis, was a resident of

the City of Centralia, Marion County, Illinois.

2.      That at all times relevant hereto, defendant, Walmart Inc., a Delaware

corporation, was and still is a corporation organized and existing under the laws of the

State of Delaware, and was and still is doing business throughout the State of Illinois.

3.      That at the time of the occurrence in question, defendant owned,

possessed, controlled and/or operated, by its agents and employees, a certain Walmart

Store located in Salem, Marion County, Illinois and occupied said building and premises

for the purpose of selling general merchandise and products and services, as well as food and other merchandise items to the general public, and it invited members of the general public, including plaintiff, Todd A. Davis, to enter said premises for said purposes.

4.      That it was the duty of the defendant, its agents and employees, to exercise due care for the protection of plaintiff Todd A. Davis and other patrons of the aforesaid establishment at the time and place of the occurrence hereinafter mentioned, and to keep and maintain a safe premises and to avoid inflicting harm to patrons in its facility, and to allow safe access, entry, egress, and passage through said establishment.

5.      That on or about July 19, 2021, plaintiff Todd A. Davis was a patron of the aforesaid store, and as he was selecting items for purchase, an item fell and made contact with his head and eye with great force and violence, due to dangerous placement of merchandise overhead, causing him to sustain severe and permanent injuries to his eyesight, among other things, as hereinafter alleged.

6.      That at said time and place aforesaid, defendant, Walmart Inc., a Delaware corporation, was in charge of its employees and all avenues for patrons to safely shop and pass through the aisles of said business premises, and did then and there commit one, more than one, or all of the following careless and negligent acts or omissions:

       a) Failed to maintain said premises in a safe condition;

       b) Failed to provide proper training for its employees in order to avoid endangering patrons due to leaking water in the roof onto products in the business premises;

    c) Failed to take proper precautions to avoid injuring customers and patrons of defendant's store during shopping and the selection of products for sale;

    d) Failed to reasonably care for and maintain the integrity of products and their packaging, and to routinely inspect and monitor the area in question so as to ascertain that it would be reasonably safe for customers and patrons such as Todd A. Davis;

    e) Failed to properly maintain and keep the overhead products in the aisles free from hazards or foreign substances, such as water and the conditions at this store, creating an unsafe condition for persons on the business premises;

    f) Failed to follow proper procedures and precautionary measures to provide for safe passage and shopping for overhead items in the business;

    g) Defendant's agents and/or employees failed to delineate or warn its patrons the leaking ceiling, which presented a slip hazard and deterioration of the overhead product packaging; and

    h) Was otherwise negligent by failing to follow proper procedures and precautionary measures even though the store employees knew of the water leaks and improper placement of merchandise overhead prior to Mr. Davis' injury.

7.    While legally on the defendant's business premises, Todd A. Davis was constrained from safely shopping in the isles of the Walmart store, as its agents and/or employees of the defendant knew or should have known the leaking roof and placement of overhead products presented an unreasonably unsafe condition, and by failing to rectify said hazard, the defendant caused the plaintiff to encounter it and suffer serious injuries.

8.    That as a direct and proximate result of one, more than one, or all of the foregoing negligent and careless acts or omissions on the part of defendant, Walmart Inc., a Delaware corporation, plaintiff Todd A. Davis sustained numerous, severe and

disabling injuries to his head, eye, face, and other body parts, has suffered and will continue to suffer in the future mental and physical pain and anguish; and plaintiff has incurred and become liable for medical attention, care, treatment and services in an effort to be cured of said injuries, and is reasonably likely to incur future medical bills for treatment of his injuries; and plaintiff has been unable to perform his work and activities as he has in the past; all the foregoing damages being to the harm and injury of the plaintiff and all to his damages in a substantial sum of money.

WHEREFORE, Plaintiff, Todd A. Davis, prays judgment against Defendant, WALMART INC., a Delaware Corporation in an amount in excess of Fifty Thousand Dollars ($50,000.00), plus his costs of suit.

Respectfully submitted,

HASSAKIS & HASSAKIS, P.C.

BY _____
Attorneys for Plaintiff,
Todd A. Davis

Shane M. Carnine
ARDC Registration No. 06281132
HASSAKIS & HASSAKIS, P.C.
P.O. BOX 706
Mt. Vernon, Illinois 62864
Telephone: (618) 244-5335
Fax: (618) 244-5330
scarnine@hassakislaw.com

PLAINTIFF DEMANDS TRIAL BY JURY

FILED
CLERK OF THE CIRCUIT COURT
11/5/2021 3:22 PM
Tiffany Schicker
MARION COUNTY
SALEM ILLINOIS

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
MARION COUNTY, ILLINOIS

TODD A. DAVIS,                          )
                                        )
             Plaintiff,                 )
                                        )
    v.                                  )          2021L38
                                        )
WALMART STORES, INC.,                   )
A Delaware Corporation,                 )
                                        )
             Defendant.                 )

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(b)

The undersigned, being first duly sworn, under oath, states pursuant to Supreme Court

Rule 222(b), after consultation with Plaintiff, that he believes that the money damages involved

in this case will exceed Fifty Thousand and 00/100ths Dollars ($50,000.00), plus costs of suit.

_____
Shane M. Carnine

Subscribed and sworn to before me this _5th_ day of November, 2021, A.D.

OFFICIAL SEAL
CARRIE A PIERCY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/30/2025

_____
Notary Public

FILED
CLERK OF THE CIRCUIT COURT
11/5/2021 3:35 PM
Tiffany Schicker
MARION COUNTY
SALEM ILLINOIS

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
MARION COUNTY, ILLINOIS

TODD A. DAVIS,                           )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   )
                                         )
WALMART STORES, INC.,                    )
A Delaware Corporation,                  )
                                         )
            Defendant.                   )

## **DEMAND FOR TRIAL BY JURY**

NOW COMES the plaintiff, by and through her attorneys, Hassakis & Hassakis,

P.C., and hereby demand a jury trial in the above cause by a jury of twelve persons.

Respectfully submitted,

HASSAKIS & HASSAKIS, P.C.

BY _____

Attorneys for Plaintiff,
Todd A. Davis

Shane M. Carnine
ARDC Registration No. 06281132
HASSAKIS & HASSAKIS, P.C.
P.O. BOX 706
Mt. Vernon, Illinois 62864
Telephone: (618) 244-5335
Fax: (618) 244-5330
scarnine@hassakislaw.com